No. 74–611. UNITED STATES v. KASMIR ET AL., *ante*, p. 391. Motion of respondents regarding assessment of costs denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 74–1589. GENERAL ELECTRIC CO. v. GILBERT ET AL.; and

No. 74–1590. GILBERT ET AL. v. GENERAL ELECTRIC CO. C. A. 4th Cir. [Certiorari granted, 423 U. S. 822.] Cases restored to calendar for reargument.

No. 75–1354. TRANS WORLD AIRLINES, INC. v. DAY ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 75–6667. SMILEY v. FIRTH, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of habeas corpus denied.

No. 75–6556. CARTER v. SEALS, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 75–6528. FOSTER v. GALLAWA ET AL. Motion for leave to file petition for writ of prohibition and/or mandamus denied.

No. 75–562. ROSEBUD SIOUX TRIBE v. KNEIP, GOVERNOR OF SOUTH DAKOTA, ET AL. C. A. 8th Cir. Motions of Association of American Indian Affairs, Inc., et al. and Covelo Indian Community of Round Valley Reservation for leave to file briefs as *amici curiae* granted. Certiorari granted.